# United States District Court
# For The Western District of North Carolina
# Asheville Division

James N. Crawford,

    Plaintiff(s),                            JUDGMENT IN A CIVIL CASE

vs.                                                1:11cv87

Michael Astrue,
Commissioner of Social Security,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motions and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 7/3/12 Order.

Signed: July 3, 2012

Frank G. Johns, Clerk
United States District Court